IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> DUPAGE OVERHEAD GARAGE DOORS, INC., <br><br> *Defendant* | No. 24-CV-4750 <br><br> Judge Chang <br><br> Magistrate Valdez |

**JOINT STATUS REPORT**

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on January 17, 2025 (ECF No. 26).

## I. Status of Audit Report

The audit process is still ongoing. Defendant's bookkeeper provided Plaintiffs' auditor with the requested jobs list and descriptions at the time of the last status report. Upon review of these documents, Plaintiffs' auditor determined that additional individuals may have performed covered work under the terms of the applicable collective bargaining agreement.

Defendant's bookkeeper recently provided payroll records for these additional employees. Plaintiff anticipates completing the analysis of these records and preparing an audit report for review by Defendant on or before April 4, 2025. The Parties remain committed to resolving any outstanding issues regarding the audit and will promptly notify the Court of any developments.

## II. Status of Discovery

On January 3, 2025, Plaintiffs issued written discovery requests to Defendant. On February 7, 2025, Defendant issued answers to Plaintiffs' Requests for Admission. However, Defendant has not provided Plaintiffs with response to either Plaintiffs' requests for production or Plaintiffs' interrogatories. Plaintiffs' attorney has met and conferred with Defendant's attorney to discuss resolving the issue of Defendant's outstanding discovery responses and the parties agreed to extend the deadline for responding until after the audit

is completed.

### III. Status of Settlement

The Parties have not yet conducted any settlement discussions but will begin settlement discussions after the audit is completed.

### IV. Other Issues

None.

Respectfully submitted,

| **Architectural Ironworkers' Local No. 63 Welfare Fund,** *et al.* | **DuPage Overhead Garage Doors, Inc.** |
|---|---|
| By: /s Kyle R. Sullivan<br>One of their Attorneys<br>Gregorio, Stec, Klein & Hosé<br>2 N. LaSalle St, Suite 1650<br>Chicago, Illinois 60602<br>(312) 263-2343<br>ksullivan@gregoriolaw.com | By: /s Todd A. Miller<br>One of its Attorneys<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Dr., Ste. 3517<br>Chicago, Illinois 60606<br>(312) 675-4325<br>tam@alloccomiller.com |