# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Local 63 Architectural Iron Workers' Defined Contribution Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04750

Honorable Edmond E. Chang

DuPage Overhead Garage Doors, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 27, the auditor requested additional payroll records, which was provided, and the audit should be ready to be provided to the defense by 04/04/2025. The tracking status hearing of 02/28/2025 is reset to 04/18/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a detailed status report by 04/11/2025, confirming that the audit was provided to the defense and confirming that the defense has begun its review. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.