**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | ) ) ) No. 24-CV-4750 |
| *Plaintiffs* | ) ) ) Judge Chang |
| v. | ) ) ) Magistrate Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC., | ) ) |
| *Defendant* | ) |

**JOINT STATUS REPORT**

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on February 27, 2025 (ECF No. 28).

**I. Status of Audit Report**

The audit process remains ongoing. Subsequent to the last status report, the auditor identified deficiencies in the payroll records previously provided by Defendant and requested supplemental documentation. Following a meet and confer, Defendant has produced the requested records. The auditor is in the process of reviewing the additional materials in order to complete the audit.

**II. Status of Discovery**

The status of discovery remains unchanged since the filing of the last status report.

**III. Status of Settlement**

The Parties have not yet conducted any settlement discussions,

**IV. Other Issues**

None.

1

Respectfully submitted,

| | |
|---|---|
| **Architectural Ironworkers' Local No. 63 Welfare Fund,** *et al.* | **DuPage Overhead Garage Doors, Inc.** |
| By: /s Kyle R. Sullivan | By: /s Todd A. Miller |
| One of their Attorneys | One of its Attorneys |
| Gregorio, Stec, Klein & Hosé | Allocco, Miller & Cahill, P.C. |
| 2 N. LaSalle St, Suite 1650 | 20 N. Wacker Dr., Ste. 3517 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| (312) 263-2343 | (312) 675-4325 |
| ksullivan@gregoriolaw.com | tam@alloccomiller.com |