## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | )<br>)<br>) No. 24-CV-4750 |
| *Plaintiffs* | )<br>) Judge Chang |
| v. | )<br>) Magistrate Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC., | )<br>) |
| *Defendant* | ) |

### JOINT STATUS REPORT

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on April 17, 2025 (ECF No. 31).

**I.  Status of Audit Report**

Plaintiff provided the completed audit report to Defendant. Defendant is currently in the process of reviewing the report and preparing its response.

**II.  Status of Discovery**

The status of discovery remains unchanged since the filing of the last status report.

**III.  Status of Settlement**

The Parties anticipate beginning substantive settlement negotiations upon Defendant providing its responses and/or challenges to the audit report.

**IV.  Other Issues**

None.

Respectfully submitted,

| | |
|---|---|
| **Architectural Ironworkers' Local No. 63 Welfare Fund,** *et al.* | **DuPage Overhead Garage Doors, Inc.** |
| By: /s Kyle R. Sullivan | By: /s Todd A. Miller |
| One of their Attorneys | One of its Attorneys |
| Gregorio, Stec, Klein & Hosé | Allocco, Miller & Cahill, P.C. |
| 2 N. LaSalle St, Suite 1650 | 20 N. Wacker Dr., Ste. 3517 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| (312) 263-2343 | (312) 675-4325 |
| ksullivan@gregoriolaw.com | tam@alloccomiller.com |