# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Local 63 Architectural Iron Workers' Defined Contribution Pension Fund, et al.

                                       Plaintiff,

v.

                                       Case No.: 1:24−cv−04750

                                       Honorable Edmond E. Chang

DuPage Overhead Garage Doors, Inc.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 31, the Defendant must complete its review of the audit by 05/15/2025, as previously set, see R. 30. The Plaintiffs must reply to the response by 06/04/2025. The tracking status hearing of 05/09/2025 is reset to 06/13/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 06/06/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.