IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | )<br>)<br>) No. 24-CV-4750 |
| *Plaintiffs* | )<br>) |
| v. | ) Judge Chang<br>)<br>) Magistrate Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC., | )<br>) |
| *Defendant* | ) |

**JOINT STATUS REPORT**

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on June 18, 2025 (ECF No. 35).

**I.   Status of Settlement Meeting**

The Parties have not yet completed their settlement meeting per the Court's last Order. Plaintiff contacted Defendant on July 3 and July 7 to provide multiple dates/times Plaintiff was available to meet in-person and/or via Zoom. Defendant did not respond until July 11, 2025, to provide its availability. The Parties are now scheduled to meet via Zoom on Wednesday, July 16 to discuss settlement.

**II.   Other Issues**

None.

Respectfully submitted,

| | |
|---|---|
| **Architectural Ironworkers' Local No. 63 Welfare Fund,** *et al.* | **DuPage Overhead Garage Doors, Inc.** |
| By: /s Kyle R. Sullivan<br>One of their Attorneys | By: /s Todd A. Miller<br>One of its Attorneys |

Gregorio, Stec, Klein & Hosé  
2 N. LaSalle St, Suite 1650  
Chicago, Illinois 60602  
(312) 263-2343  
ksullivan@gregoriolaw.com

Allocco, Miller & Cahill, P.C.  
20 N. Wacker Dr., Ste. 3517  
Chicago, Illinois 60606  
(312) 675-4325  
tam@alloccomiller.com