# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | )<br>)<br>) No. 24-CV-4750 |
| *Plaintiffs* | )<br>) Judge Chang |
| v. | )<br>) Magistrate Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC., | )<br>) |
| *Defendant* | ) |

## JOINT STATUS REPORT

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on July 28, 2025 (ECF No. 39).

### I. Status of Settlement

The Parties have not yet finalized settlement due to their failure to resolve the one remaining challenge mentioned in their previous joint status report. In trying to resolve this one issue, multiple other issues have arose that the Parties have in good-faith attempted to resolve. Counsel are currently exchanging proposed settlement language to address this issue and anticipate that the matter can be resolved without Court intervention.

### II. Other Issues

None.

Respectfully submitted,

| | |
|---|---|
| **Architectural Ironworkers' Local No. 63 Welfare Fund, *et al.*** | **DuPage Overhead Garage Doors, Inc.** |
| By: /s Kyle R. Sullivan | By: /s Todd A. Miller |
| One of their Attorneys | One of its Attorneys |
| Gregorio, Stec, Klein & Hosé | Allocco, Miller & Cahill, P.C. |
| 2 N. LaSalle St, Suite 1650 | 20 N. Wacker Dr., Ste. 3517 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| (312) 263-2343 | (312) 675-4325 |
| ksullivan@gregoriolaw.com | tam@alloccomiller.com |