# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Local 63 Architectural Iron Workers' Defined Contribution Pension Fund, et al.

                        Plaintiff,

v.                                        Case No.: 1:24−cv−04750

                                        Honorable Edmond E. Chang

DuPage Overhead Garage Doors, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 40, the parties have not resolved the challenge referred to in the prior status report, and indeed other issues arose that the parties are trying to resolve. Given the age of the case and its nature, fact discovery shall close on 10/27/2025. Summary judgment motions are due on 11/17/2025. Failure to adhere this schedule without an extension motion supported by diligent good cause will result in sanctions. The status hearing of 09/26/2025 is vacated. An in−person status hearing is set for 11/03/2025 at 9:15 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.