# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

Local 63 Architectural Iron Workers' Defined Contribution Pension Fund, et al.

                        Plaintiff,

v.                                         Case No.: 1:24−cv−04750

                                         Honorable Edmond E. Chang

DuPage Overhead Garage Doors, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: In−person status hearing held. Counsel for the Plaintiffs appeared in person. Counsel for Defendant appeared by phone due to an oversight in his calendaring. The Plaintiffs reported that, on or around 10/27/2025, the defense proposed some non−monetary terms of settlement, and the Plaintiffs' counsel will be conferring with the client this week. The schedule for summary judgment motions remains in place, due on 11/17/2025, unless the parties have reached a binding settlement agreement by 11/17/2025. The parties shall file a joint status report by 11/17/2025. A tracking status hearing is set for 11/28/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.