## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | )<br>)<br>) No. 24-CV-4750 |
| *Plaintiffs* | )<br>) Judge Chang |
| v. | )<br>) Magistrate Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC., | ) |
| *Defendant* | ) |

## JOINT STATUS REPORT

The Parties – Plaintiff, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC. – by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's order on November 3, 2025. (ECF No. 42).

### I. Status of Settlement

The Parties have finalized a binding settlement agreement. Plaintiffs are awaiting payment from Defendant. Once payment is received, Plaintiffs will be filing a stipulation to dismiss this case.

### II. Other Issues

None.

Respectfully submitted,

| **Architectural Ironworkers' Local No. 63 Welfare Fund,** *et al.* | **DuPage Overhead Garage Doors, Inc.** |
|---|---|
| By: /s Kyle R. Sullivan | By: /s Todd A. Miller |
| One of their Attorneys | One of its Attorneys |
| Gregorio, Stec, Klein & Hosé | Allocco, Miller & Cahill, P.C. |
| 2 N. LaSalle St, Suite 1650 | 20 N. Wacker Dr., Ste. 3517 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| (312) 263-2343 | (312) 675-4325 |
| ksullivan@gregoriolaw.com | tam@alloccomiller.com |