# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Local 63 Architectural Iron Workers' Defined Contribution Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04750

Honorable Edmond E. Chang

DuPage Overhead Garage Doors, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 43, the parties have reached a binding settlement agreement and the Plaintiffs are awaiting payment of consideration. The summary judgment briefing schedule is vacated. To avoid unnecessary status hearings and to provide time to exchange consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 01/12/2026. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 11/28/2025 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.